JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAIN LETTER, LLC,<br><br>Defendant. | CASE NO. CV 09-03172 MMM (Ex)<br><br>JUDGMENT FOR PLAINTIFFS |

Plaintiffs filed this action on May 5, 2009 against defendant Chain Letter, LLC. Chain Letter did not answer or otherwise respond, and the clerk entered its default on March 3, 2010. Plaintiffs then moved for entry of default judgment. In an order dated January 31, 2011, the court granted plaintiffs' motion. Accordingly,

IT IS ORDERED AND ADJUDGED that plaintiffs recover from defendant Chain Letter LLC the sum of $86,213.85, which includes:

(A) $47,355.37 in unpaid fringe benefit contributions;

(B) $14,879.55 in prejudgment interest;

(C) $14,879.55 in liquidated damages;

(D) $2,430.00 in audit fees;

     (E)  $5,740.00 in attorneys' fees; and

     (F)  $929.38 in costs.

   The judgment will bear interest at an annual rate of 0.26%.

DATED: January 31, 2011

                MARGARET M. MORROW
                UNITED STATES DISTRICT JUDGE

2