Kathryn J. Halford (CA Bar No.68141)
Email: khalford@wkclegal.com
Armine Alajajian (CA Bar No. 313211)
Email: aalajajian@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 331
Fax: (818) 501-5306

Attorneys for Plaintiffs the Boards of Directors of
the Motion Picture Industry Pension Plan, the Motion
Picture Industry Individual Account Plan, and
Motion Picture Industry Health Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CHAIN LETTER, LLC, a California limited liability company,<br><br>Defendant. | Case No. 09-cv-03172 MMM (Ex)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

THE JUDGMENT DEBTOR, CHAIN LETTER, LLC, a California limited liability company having judgment entered against them on January 31, 2011:

Now, upon the application of the Boards of Directors of the Motion Picture Industry Pension Plan; The Motion Picture Industry Individual Account Plan, and

---

RENEWAL OF JUDGMENT BY CLERK - 1

Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant be renewed in the amount of $87,859.09 which is broken down as follows:

| | | |
|---|---|---|
| a. | Unpaid Contributions | $47,355.37 |
| b. | Auditing Costs | $2,430.00 |
| c. | Liquidated Damages | $14,879.55 |
| d. | Interest | $14,879.55 |
| e. | Court Costs | $929.38 |
| f. | Attorney's Fees | $5,740.00 |
| | Subtotal (Judgment as Entered) | $86,213.85 |
| g. | Interest after judgment computed from January 31, 2011 through June 4, 2018. | $1,645.24 |
| | GRAND TOTAL: | $87,859.09 |

Dated: June 7, 2018

*Sharon Hall Brown*
DEPUTY CLERK,
UNITED STATES DISTRICT COURT

Presented by:
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD

KIRY K. GRAY, CLERK OF COURT

DATED: June 4, 2018

Kathryn J. Halford
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD

BY:  */s/ Kathryn J. Halford*
 KATHRYN J. HALFORD
Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan et al.